**Form 154A**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

5

In re:                                                                                      Bankruptcy Case No.: 19−20451−CMB

Chapter: 13

**Mary Giesin**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **April 12, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                            Michael R. Rhodes
  U.S. Bankruptcy Court                                                                      *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 2/4/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                           Case No. 19-20451-CMB
Mary Giesin                                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: admin              Page 1 of 1              Date Rcvd: Feb 04, 2019
                                Form ID: 154A            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db              +Mary Giesin,    3519 Foster Road,    McKeesport, PA 15131-1215
14988654        +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
                  Philadelphia, PA 19106-1538
14988655        +Riverset Credit Union,    1700 Jane Street,    Pittsburgh, PA 15203-1812
14988656        +Roundpoint Mortgage Svcg Corp,    5016 Parkway Plaza Boulevard,    Suite 200,
                  Charlotte, NC 28217-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14988653         E-mail/Text: ally@ebn.phinsolutions.com Feb 05 2019 02:58:55     Ally Financial,
                  PO Box 380901,    Minneapolis, MN 55438-0901
14988657        +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 03:04:30     Syncb/BP,   PO Box 965024,
                  Orlando, FL 32896-5024
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Mary  Giesin bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 3