IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Mary Giesin | : | Case No.19-20451CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Doc.29 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent(s) | : | Hearing Date 9/11/2019 |

## TRUSTEE'S STATUS REPORT CONCERNING FILING FEE IN INSTALLMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The Bankruptcy Petition was filed on February 1, 2019.

2. The Debtors filed an Application to Pay the Filing Fee in Installments on February 1, 2019. The Application proposed to pay $310 by May 31, 2019.

3. This Court entered an Order approving the Application on February 4, 2019 without a hearing.

4. The Order required the Debtors to pay the fee in full by June 3, 2019.

5. The Chapter 13 plan dated February 15, 2019 provided for the payment of the filing fee.

6. The plan was not confirmed on an interim basis until May 15, 2019.

7. On July 19, 2019, this Honorable Court entered an Order to Show Cause as to Why the Filing Fee remained unpaid.

8. As of July 19, 2019 the Trustee had sufficient funds on hand to pay the filing fee and paid the filing fee on July 24, 2019 in its entirety.

WHEREFORE, the Trustee so reports to the Court.

                                                          Respectfully Submitted,

<u>8-05-2019</u>                                    <u>/s/ Ronda J. Winnecour</u>
                                                   Ronda J. Winnecour (PA I.D. #30399)
                                                   Attorney and Chapter 13 Trustee
                                                   U.S. Steel Tower – Suite 3250
                                                   600 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com