## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Mary Giesen, | : | Bankruptcy Case No.: 19-20451-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 29 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | September 11, 2019 at 9:45 a.m. |
| Respondent. | : | |

## RESPONSE TO TRUSTEE'S STATUS REPORT CONCERNING FILING FEE IN INSTALLMENTS

AND NOW comes the Debtor, Mary Giesen, by and through her attorney Brian C. Thompson, Esquire, and Thompson Law Group, P.C. files this Response to Trustee's Status Report Concerning Filing Fee in Installments as follows:

1. The Bankruptcy Petition was filed on February 1, 2019.

2. The Debtor filed an Application to Pay the Filing Fee in installments on February 1, 2019.  The Application proposed to pay $310.00 by May 31, 2019.

3. The Court entered an Order approving the Application on February 4, 2019 without a hearing.

4. The Order required the Debtor to pay the fee in full by June 3, 2019.

5. The Chapter 13 Plan dated February 15, 2019 provided for the payment of the filing fee.

6. The Plan was not confirmed on an interim basis until May 15, 2019.

7. Debtor has made sufficient Plan payments through the TFS portal.  Debtor is current with all of her payments.

8. Trustee has had sufficient funds on hand to pay the filing fee and has paid the fee in full on July 24, 2019 in its entirety.

WHEREFORE, the Debtor reports to the Court.

                                                                              Respectfully submitted,

Date: August 27, 2019                                    /s/Brian C. Thompson
                                                                Brian C. Thompson, Esquire
                                                                Counsel for the Debtor
                                                                PA I.D. No.: 91197
                                                                THOMPSON LAW GROUP, P.C.
                                                                125 Warrendale Bayne Road, Suite 200
                                                                Warrendale, PA  15086
                                                                (724) 799-8404 (Telephone)
                                                                (724) 799-8409 (Facsimile)
                                                                bthompson@thompsonattorney.com