Certificate Number: 05781-PAW-DE-033316395

Bankruptcy Case Number: 19-20451



05781-PAW-DE-033316395

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 28, 2019</u>, at <u>5:45</u> o'clock <u>AM PDT</u>, <u>Mary Giesin</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 28, 2019</u>          By:   <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:   <u>President</u>