Certificate Number: 05781-PAW-DE-033316395

Bankruptcy Case Number: 19-20451



05781-PAW-DE-033316395

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2019, at 5:45 o'clock AM PDT, Mary Giesin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 28, 2019                By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President