## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Mary Giesin, | : | Bankruptcy Case No. 19-20451-CMB |
| Debtor. | : | Chapter 13 |
| Mary Giesin, | : | |
| Movant, | : | Document No.: 54 |
| v. | : | Related to Document No.: |
| Freedom Mortgage Corporation, | : | Related to Claim No.: 5 |
| Respondent. | : | |

### DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on June 8, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for July 1, 2021.

The new post-petition monthly payment payable to Respondent is $1,181.74, effective July 1, 2021, per the notice dated June 8, 2021.  The Debtor's Plan payment provides for a monthly payment to Freedom Mortgage Corporation of $1,232.00.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  June 22, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com