## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mary Giesin, | : | Bankruptcy Case No. 19-20451-CMB |
| Debtor. | : | Chapter 13 |
| Mary Giesin, | : | |
| | : | Document No.: 55 |
| Movant, | : | |
| | : | Related to Document No.: 54 |
| v. | : | |
| | : | Related to Claim No.: 5 |
| Freedom Mortgage Corporation, | : | |
| Respondent. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Debtor's Declaration of Sufficient Plan Funding, on June 22, 2021 on the interested parties listed below:

| | |
|---|---|
| Mario Hanyon, Esquire<br>Brock & Scott, PLLC<br>302 Fellowship Road, Suite 130<br>Mount Laurel, NJ 08054 | Ronda J. Winnecour, Esquire<br>Office of Chapter 13 Trustee<br>3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | Office of U.S. Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |

Date: <u>June 22, 2021</u>

By: <u>/s/ Kristen Finke</u>
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com