**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Mary Giesin, | : | Bankruptcy Case No. 19-20451-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Mary Giesin, | : | |
| | : | Document No.: 59 |
| Movant, | : | |
| | : | Related to Document No.: 58 |
| v. | : | |
| | : | Related to Claim No.: 5 |
| Freedom Mortgage Corporation, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Debtor's Declaration of Sufficient Plan Funding, on November 16, 2021 on the interested parties listed below:

Mario Hanyon, Esquire
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: November 16, 2021

By: /s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com