**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Mary Giesin, | : | Bankruptcy Case No. 19-20451-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Mary Giesin, | : | |
| | : | Document No.: 65 |
| Movant, | : | |
| | : | Related to Document No.: 64 |
| v. | : | |
| | : | Related to Claim No.: 5 |
| Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtor's Declaration of Sufficient Plan Funding, on November 18, 2022 on the interested parties listed below:

Lauren M. Moyer, Esq.
Friedman Vartolo, LLP
*Attorneys for Creditor*
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  November 18, 2022

By:/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com