**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MARY GIESIN

Case No. 19-20451CMB

Debtor(s)

Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Movant

Document No __

vs.

US BANK NA - TRUSTEE ET AL++

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO RUSHMORE LOAN MANAGEMENT AT PO BOX 52708 HAS BEEN RETURNED BY THE POSTAL SERVICE AS "VACANT". THIS PO BOX STILL APPEARS ON THE SERVICER'S WEBSITE AS VALID. THE TRUSTEE HAS ATTEMPTED TO CONTACT CREDITOR BY EMAIL, CHAT, PHONE AND FAX, AS WELL AS THROUGH THEIR COUNSEL WITHOUT SUCCESS. IN SOME INSTANCES, THE SERVICER HAS CHANGED TO "RUSHMORE SERVICING" SO NOTICE HAS BEEN GIVEN HERE OF THE NEED FOR A TRANSFER OF CLAIM.

US BANK NA - TRUSTEE ET AL++
C/O RUSHMORE LOAN MANAGEMENT SVCS LLC
PO BOX 52708
IRVINE, CA 92619

Court claim# 5-2/Trustee CID# 4

The Movant further certifies that on 11/07/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MARY GIESIN, 3519 FOSTER ROAD, MCKEESPORT, PA  15131

:
RUSHMORE LOAN MGMNT SVCS**, ATTN BANKRUPTCY NOTICING, PO BOX 55004, IRVINE, CA  92619-2708

ORIGINAL CREDITOR:
US BANK NA - TRUSTEE ET AL++, C/O RUSHMORE LOAN MANAGEMENT SVCS LLC, PO BOX 52708, IRVINE, CA  92619

ORIGINAL CREDITOR'S COUNSEL:
ALBERTELLI LAW, 14000 COMMERCE PARKWAY STE H, MT LAUREL, NJ  08054

DEBTOR'S COUNSEL:
BRIAN C THOMPSON ESQ(*), THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086

NEW CREDITOR: