## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-20451-CMB |
| | ) | |
| Mary Giesin, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. 88 |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 81, 82 |
| | ) | |
| Applicant, | ) | **Hearing Date and Time:** |
| vs. | ) | March 26, 2024, at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on February 5, 2024, at Document No. 81 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 82, Objections were to be filed and served no later than February 22, 2024.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 81 be entered by the Court.

Date: February 23, 2024          /s/ Brian C. Thompson
                                                        Brian C. Thompson, Esquire
                                                        Attorney for Debtor(s)
                                                        PA ID No. 91197
                                                        THOMPSON LAW GROUP, P.C.
                                                        301 Smith Drive, Suite 6
                                                        Cranberry Township, PA 16066
                                                        (724) 799-8404 Telephone
                                                        (724) 799-8409 Facsimile
                                                        bthompson@thompsonattorney.com