**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | MARY GIESIN |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 19-20451CMB |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | US BANK NA - TRUSTEE ET AL |
| Court claim no. (if known): | 5-2 |
| Last 4 digits of any number you use to identify the debtor's account | 2 5 6 1 |
| Property Address: | 3519 FOSTER RD<br>MCKEESPORT PA 15131 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**    Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 26,973.90 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 26,973.90 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 26,973.90 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment    $    $1,180.34

The next postpetition payment is due on    5 / 1 / 2024
MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

Form 4100N    **Notice of Final Cure Payment**    page 1

| Debtor 1 | **MARY GIESIN** | Case number *(if known)* | **19-20451CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  06/28/2024

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | MARY GIESIN | Case number *(if known)* | 19-20451CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 12/21/2020 | 1182748 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 148.29 |
| 01/25/2021 | 1184823 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 452.05 |
| 05/25/2021 | 1197616 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 41.05 |
| 06/25/2021 | 1200795 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 497.41 |
| 07/26/2021 | 1203999 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 601.36 |
| 08/26/2021 | 1207119 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 601.36 |
| 09/24/2021 | 1210246 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 601.36 |
| 10/25/2021 | 1213322 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 565.45 |
| 11/22/2021 | 1216356 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 12/23/2021 | 1219415 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 567.29 |
| 01/26/2022 | 1222492 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 02/23/2022 | 1225404 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 03/25/2022 | 1228339 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 04/26/2022 | 1231360 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 05/25/2022 | 1234410 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 06/27/2022 | 1238670 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 07/26/2022 | 1241600 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 08/24/2022 | 1244464 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 09/27/2022 | 1247355 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 567.56 |
| 10/25/2022 | 1250135 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 529.76 |
| 11/23/2022 | 1252945 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 529.76 |
| 12/22/2022 | 1255672 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 4,029.05 |
| 01/26/2023 | 1258396 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 529.05 |
| 05/25/2023 | 1269450 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 70.57 |
| 06/26/2023 | 1272337 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 508.26 |
| 07/25/2023 | 1275072 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 508.26 |
| 08/25/2023 | 1277870 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 508.26 |
| 09/26/2023 | 1280579 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 508.26 |
| 10/23/2023 | 1280579 | US BANK NA - TRUSTEE ET AL | CANCELLED CHECK TO CREDITOR/PRINC | -508.26 |
| 12/21/2023 | 1288540 | US BANK NA - TRUSTEE RMTP TRUST ET AL | AMOUNTS DISBURSED TO CREDITOR | 2,052.76 |
| 01/26/2024 | 1291261 | US BANK NA - TRUSTEE RMTP TRUST ET AL | AMOUNTS DISBURSED TO CREDITOR | 596.26 |
| 03/26/2024 | 1296542 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 341.06 |
| 04/25/2024 | 1299201 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 596.26 |
| 05/29/2024 | 1301922 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 596.26 |
| 06/25/2024 | 1304422 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 5,827.11 |
| | | | | 26,973.90 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/29/2019 | 1127007 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 6,620.98 |
| 08/27/2019 | 1130495 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,417.75 |
| 10/24/2019 | 1137124 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,414.33 |
| 11/25/2019 | 1140577 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,415.82 |
| 12/23/2019 | 1143972 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,416.75 |
| 02/25/2020 | 1150967 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 3,001.10 |
| 03/23/2020 | 1154454 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,618.76 |
| 04/27/2020 | 1157895 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,501.01 |
| 05/26/2020 | 1161231 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 06/26/2020 | 1164387 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 07/29/2020 | 1167480 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 08/25/2020 | 1170557 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 09/28/2020 | 1173669 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 10/26/2020 | 1176748 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 11/24/2020 | 1179811 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 12/21/2020 | 1182748 | ROUNDPOINT MORTGAGE SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 01/25/2021 | 1184823 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 02/22/2021 | 1187928 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 03/26/2021 | 1191195 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 04/26/2021 | 1194483 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 05/25/2021 | 1197616 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,227.10 |
| 06/25/2021 | 1200795 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,181.74 |
| 07/26/2021 | 1203999 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,181.74 |
| 08/26/2021 | 1207119 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,181.74 |
| 09/24/2021 | 1210246 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,181.74 |

| Debtor 1 | **MARY GIESIN** | Case number *(if known)* | **19-20451CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 10/25/2021 | 1213322 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,181.74 |
| 11/22/2021 | 1216356 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 12/23/2021 | 1219415 | FREEDOM MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 01/26/2022 | 1222492 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 02/23/2022 | 1225404 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 03/25/2022 | 1228339 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 04/26/2022 | 1231360 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 05/25/2022 | 1234410 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 06/27/2022 | 1238670 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 07/26/2022 | 1241600 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 08/24/2022 | 1244464 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 09/27/2022 | 1247355 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 10/25/2022 | 1250135 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 11/23/2022 | 1252945 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,179.63 |
| 12/22/2022 | 1255672 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 01/26/2023 | 1258396 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 02/23/2023 | 1260963 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 03/28/2023 | 1263773 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 04/25/2023 | 1266567 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 05/25/2023 | 1269450 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 06/26/2023 | 1272337 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 07/25/2023 | 1275072 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 08/25/2023 | 1277870 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 09/26/2023 | 1280579 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 10/23/2023 | 1280579 | US BANK NA - TRUSTEE ET AL | CANCELLED CHECK TO CREDITOR/CONT | -1,180.34 |
| 12/21/2023 | 1288540 | US BANK NA - TRUSTEE RMTP TRUST ET AL | AMOUNTS DISBURSED TO CREDITOR | 4,721.36 |
| 01/26/2024 | 1291261 | US BANK NA - TRUSTEE RMTP TRUST ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 02/26/2024 | 1293899 | US BANK NA - TRUSTEE RMTP TRUST ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| 03/26/2024 | 1296542 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,180.34 |
| | | | | 74,488.13 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

MARY GIESIN
3519 FOSTER ROAD
MCKEESPORT, PA  15131

BRIAN C THOMPSON ESQ
THOMPSON LAW GROUP PC
301 SMITH DRIVE SUITE 6
CRANBERRY TOWNSHIP, PA  16066

US BANK NA - TRUSTEE ET AL
C/O FAY SERVICING LLC
PO BOX 814609
DALLAS, TX  75381-4609

FAY SERVICING LLC(*)
PO BOX 814609
DALLAS, TX  75381-4609

MICHELLE R GHIDOTTI-GONSALVES ESQ
1920 OLD TUSTIN AVE
SANTA ANA, CA  92705


6/28/24                                                          /s/ Roberta Saunier
                                                                 Administrative Assistant
                                                                 Office of the Chapter 13 Trustee