**Fill in this information to identify the case:**

Debtor 1: Mary Giesin

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylva (State)

Case number: 19-20451-CMB

# Form 4100R

## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V

**Court claim no.** (if known): 5-2

**Last 4 digits of any number you use to identify the debtor's account:** 2561

**Property address:** 3519 Foster Rd
Mckeesport, PA 15131

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___

| Debtor 1 | Mary Giesin | Case number (if known) 19-20451-CMB |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Lauren M. Moyer
Signature

Date 07/17/2024

Print: Lauren M. Moyer
First Name  Middle Name  Last Name

Title: _____

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
Number   Street

Garden City    NY    11530
City          State  ZIP Code

Contact phone (212) 471-5100

Email bankruptcy@friedmanvartolo.com

UNITED STATES BANKRUPTCY COURT

WESSTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
:
IN RE: : CASE NO.: 19-20451-CMB
:
Mary Giesin : CHAPTER: 13
:
: HON. JUDGE.: Carlota M. Bohm
Debtor. :
:
:
-----------------------------------------------------------------:X

## CERTIFICATE OF SERVICE

    I, Lauren M. Moyer, certify that on July 17, 2024 I caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Lauren M. Moyer
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

<u>**SERVICE LIST**</u>

**Mary Giesin**
3519 Foster Road
McKeesport, PA 15131
***Debtor***

**Brian C. Thompson**
Thompson Law Group, P.C.
301 Smith Drive
Suite 6
Cranberry Township, PA 16066
***Debtor's Attorney***

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

**Office of the United States Trustee**
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
***U.S. Trustee***