IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARY GIESIN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20451

Chapter 13

Document No.: 107

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_10th\_\_\_ day of \_\_\_September\_\_\_, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/10/24 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-20451-CMB
Mary Giesin　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Sep 10, 2024　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##　　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Giesin, 3519 Foster Road, McKeesport, PA 15131-1215 |
| 15695204 | | U.S. Bank National Association, et al., C/O Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2024 01:18:28 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15438782 | + | Email/Text: BKRMailOps@weltman.com | Sep 11 2024 01:15:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14996342 | | Email/Text: ally@ebn.phinsolutions.com | Sep 11 2024 01:14:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14988653 | | Email/Text: ally@ebn.phinsolutions.com | Sep 11 2024 01:14:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15027775 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 11 2024 01:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15007426 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 11 2024 01:15:00 | ECMC, Po box 16408, St Paul, MN 55116-0408 |
| 15156474 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 11 2024 01:15:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 15323568 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 11 2024 01:14:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14988654 | ^ | MEBN | Sep 11 2024 01:11:56 | KML Law Group, PC, Mellon Independence Center, Ste 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15007550 | + | Email/Text: bncnotifications@pheaa.org | Sep 11 2024 01:14:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15017325 | ^ | MEBN | Sep 11 2024 01:11:59 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14988656 | ^ | MEBN | Sep 11 2024 01:11:58 | Roundpoint Mortgage Svcg Corp, 5016 Parkway Plaza Boulevard, Suite 200, Charlotte, NC 28217-1930 |
| 14988657 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:17:50 | Syncb/BP, PO Box 965024, Orlando, FL |

Case 19-20451-CMB    Doc 113    Filed 09/12/24    Entered 09/13/24 00:29:53    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 10, 2024 | Form ID: pdf900 | Total Noticed: 17 |

| 15489758 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2024 01:14:00 | 32896-5024 U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| --- | --- | --- | --- |
| 15661273 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2024 01:14:00 | U.S. Bank National Association, et al., c/o: Rushmore Servicing, P.O. BOX 619096, Dallas, TX 75261-9096 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Riverset Credit Union |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | | Rushmore Loan Management Services, LLC as service |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14988655 | ##+ | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 5 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

**Name**         **Email Address**

Andrew L. Spivack
on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com   wbecf@brockandscott.com

Brian C. Thompson
on behalf of Debtor Mary Giesin bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Denise Carlon
on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Riverset Credit Union pitecf@weltman.com   gmasterson@weltman.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: pdf900 | Total Noticed: 17 |

Lauren Moyer
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 11