**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MARY GIESIN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:19-20451 CMB <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/01/2019 and confirmed on 05/15/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,080.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 119,080.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,147.09 | |
|    Trustee Fee | 5,791.56 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,938.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE ET AL | 0.00 | 74,488.13 | 0.00 | 74,488.13 |
|     Acct: 2561 | | | | |
|   US BANK NA - TRUSTEE ET AL | 26,973.90 | 26,973.90 | 0.00 | 26,973.90 |
|     Acct: 2561 | | | | |
|   ALLEGENT COMMUNITY FCU | 4,762.17 | 4,762.17 | 505.98 | 5,268.15 |
|     Acct: 0001 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4586 | | | | |
| | | | | 106,730.18 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY GIESIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY GIESIN | 101.17 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-20451 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| THOMPSON LAW GROUP PC | 2,045.63 | 2,045.63 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-22 | | | | |
| THOMPSON LAW GROUP PC | 851.46 | 851.46 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX5-24 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 101.17 | 101.17 | 0.00 | 101.17 |
| Acct: XXXXXXXXXXXXXXXX0451 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-CMB | | | | |
| | | | | 411.17 |
| **Unsecured** | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4586 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0177 | | | | |
| ECMC(*) | 16,812.84 | 0.00 | 0.00 | 0.00 |
| Acct: 8753 | | | | |
| ECMC(*) | 2,110.10 | 0.00 | 0.00 | 0.00 |
| Acct: 8753 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 437.81 | 0.00 | 0.00 | 0.00 |
| Acct: 4452 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | 107,141.35 |
|---|---|

TOTAL CLAIMED
PRIORITY            411.17
SECURED          31,736.07
UNSECURED        19,360.75

Date: 01/16/2025                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com